## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVISTAR, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>LISA P. JACKSON, Administrator, United States Environmental Protection Agency, *et al.*,<br><br>     Defendants. | Civil Action No. 11-769 (CKK) |

## ORDER
(January 17, 2012)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 17th day of January, 2012, hereby

**ORDERED** that Putative Intervenors' [13] Motion to Intervene is GRANTED. Intervenors' request to provide supplemental briefing regarding Plaintiff's motion for discovery and Defendants' motion for summary judgment is DENIED. It is

**FURTHER ORDERED** that Defendants' [11] Motion for Summary Judgment Dismissing Complaint for Failure to State a Claim upon which Relief can be Granted is GRANTED; it is

**FURTHER ORDERED** that Plaintiff's [14] Motion for Discovery Pursuant to Federal Rule of Civil Procedure 56(d) is DENIED. This case is dismissed in its entirety.

*This is a final appealable Order.*

**SO ORDERED.**

                                                          */s/*
                                                          **COLLEEN KOLLAR-KOTELLY**
                                                          United States District Judge